# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | |
| **SCOTT GREER** | ) | |
| **SSN: XXX-XX-5639,** | ) | **CASE NO.: 12-80815-JAC13** |
| **CAROL GREER** | ) | |
| **SSN: XXX-XX-8056,** | ) | |
| | ) | |
| **Debtors.** | ) | |

## MOTION TO WITHDRAW

COMES NOW Wesley L. Phillips ("Counsel"), attorney of record for Creditor Lorie Grayson (denominated as Lorie Grayson, creditor number 7336434 in the list of the creditors in this case) and moves this Honorable Court to allow him to withdraw from this matter by stating unto the Court as follows:

1. A conflict has arisen between Creditor Lorie Grayson and counsel. The conflict makes current counsel's ability to continue representing Ms. Grayson in this matter untenable.

2. Further, there has been a breakdown in communication between Ms. Grayson and counsel.

3. Counsel is providing Lorie Grayson with a copy of this motion.

4. Counsel requests the Court to allow Ms. Grayson time in order secure new representation, if she so desires.

WHEREFORE, PREMISES CONSIDERED, Counsel, Wesley L. Phillips, respectfully requests and moves this Honorable Court to enter an Order allowing Wesley Phillips to withdraw from this matter as counsel for Creditor Lorie Grayson.

Respectfully submitted this  15th day of   November  , 2013.

          s/Wesley L. Phillips
          Wesley L. Phillips (PHI053)
          Attorney for Counter-Plaintiff

OF COUNSEL:
PHILLIPS LAW GROUP, LLC
Post Office Box 362001
Birmingham, Alabama 35236
(205) 383-3585 - voice
(800) 536-0385 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document will be served on all parties/attorney(s) of record via either U.S. Mail, postage prepaid, or electronic mail through the CM/ECF system this 15th day of November, 2013.

Melissa W. Larsen
1733 Winchester Road
Huntsville, Alabama 35811
*Attorney for Debtors*

Philip A. Geddes
P.O. Box 2388
Decatur, Alabama 35602
*Bankruptcy Trustee*

Scott and Carol Greer
100 Summer Cove Circle
Madison, Alabama 35757
*Debtors*

Lorie A. Grayson
116 Raleigh Way
Huntsville, Alabama 35811

          s/Wesley L. Phillips
          OF COUNSEL